UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| CATALINA LONDON, LIMITED f/k/a ALEA LONDON, LIMITED<br>    Plaintiff<br><br>V.<br><br>CASTLE PLUMBING, INC. and TEXAS FARMERS INSURANCE COMPANY, AS SUBROGEE OF FATAI OBASUYI<br>    Defendants | §<br>§<br>§<br>§<br>§   CIVIL ACTION NO. 3:15-CV-3691-D<br>§<br>§<br>§<br>§<br>§ |

## ORDER

Before the Court is Plaintiff Catalina London, Limited f/k/a Alea London, Limited's Motion for Voluntary Dismissal (doc. 19), filed on March 28, 2016. After reviewing the filing, the Court **ORDERS** that all claims and causes of action asserted in the above-captioned matter be **DISMISSED without prejudice** to the refiling of same. The Court further **ORDERS** that each party is to bear its own costs and fees.

   SO ORDERED.

   SIGNED:  March 29, 2016

_____
**SIDNEY A. FITZWATER**
**UNITED STATES DISTRICT JUDGE**